UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-0225 AG (AJWx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | PACIFIC FUEL CO. LLC v. SHELL OIL CO., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **ORDER ON MOTIONS AND TENTATIVE JUDGMENT**

The Court tentatively rules that the judgment in this case should be in the form of the attached.

The Court finds that there is no reason for the damages awarded under the "concealment" claim to be different than those awarded for the "intentional misrepresentation" claim, and determines that for both claims *combined* the higher damage amount of $1,062,553 reflects the jury's intent in the special verdict, and is the *total* compensatory damages on these two claims.

Plaintiff has argued for a higher amount, relying on page 1 of Exhibit 141. The Court finds that the Plaintiff has made an insufficient explanation as to why the figures on page 1 of Exhibit 141 would support its claim for out-of-pocket damages. The Court has previously ruled that on the subject claims, the Plaintiff is entitled to only out-of-pocket damages. Page 1 of Exhibit 141 is more appropriate to support a claim for lost profits. The Court finds it significant that Plaintiff and its expert cited damages of around $1 million and did not look to page 1 of Exhibit 141. This is significant not to establish a cap on Plaintiff's claim, but to establish that Plaintiff, and now the Court, are correct in not looking to page 1 of Exhibit 141 to establish its out-of-pocket damages.

The Court sets a hearing on this tentative ruling for October 7, 2008 at 10:00 a.m. The parties are invited to brief all other issues concerning the judgment so that they may be heard on that same date. Any requests for pre-judgment interest should include a calculation supporting such claim, with a daily rate of interest provided.

In a separate minute order issued today, the Court ruled on Defendant's request that certain trial transcripts and exhibits be sealed. All other pending motions, including any motions for judgment under Federal Rule of Civil Procedure 50 are DENIED.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |