|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| SOUTHERN DIVISION | |

| | |
|---|---|
| PACIFIC FUEL COMPANY, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELL OIL COMPANY, a Delaware Corporation, and EQUILON ENTERPRISES, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | CASE NO. CV06-225 AG (AJWx)<br><br>JUDGMENT |
| EQUILON ENTERPRISES LLC, a Delaware Limited Liability Company,<br><br>    Counter-claimant,<br><br>    v.<br><br>PACIFIC FUEL COMPANY, LLC, a California Limited Liability Company,<br><br>    Counter-defendant. | |
| EQUILON ENTERPRISES LLC, a Delaware Limited Liability Company,<br><br>    Cross-claimant,<br><br>    v.<br><br>LEIGHTON HULL,<br><br>    Cross-defendant. | |

This matter has come before the Court for entry of judgment, with the parties' claims, defenses counterclaims, and cross-claims ("claims") having been heard, and the Court having decided some of such claims and the jury having rendered a verdict as to the remaining such claims.

THEREFORE, IT IS ORDERED AND ADJUDGED as follows:

1. On Plaintiff's claims for concealment and intentional false representation judgment is granted in favor of Plaintiff Pacific Fuel Company, LLC and against Defendants Equilon Enterprises LLC and Shell Oil Company jointly and severally for compensatory damages of $1,062,553, punitive damages of $234,000 against Defendant Equilon Enterprises LLC, and punitive damages of $234,000 against Defendant Shell Oil Company; and

2. On Plaintiff's claim for false promise, judgment is granted in favor of Defendants Equilon Enterprises LLC and Shell Oil Company and against Plaintiff Pacific Fuel Company, LLC; and

3. On Plaintiff's claim for negligent misrepresentation, judgment is granted in favor of Defendants Equilon Enterprises LLC and Shell Oil Company and against Plaintiff Pacific Fuel Company, LLC; and

4. On Plaintiff's claim for breach of contract, judgment is granted in favor of Defendant Equilon Enterprises LLC and against Plaintiff Pacific Fuel Company, LLC; and

5. On Counterclaimant's claim for breach of contract, judgment is granted in favor of Counterclaimant Equilon Enterprises LLC and against Counter-defendant Pacific Fuel Company, LLC in the amount of $80,000; and

6. On Cross-claimant's claim for breach of contract, judgment is entered in favor of Cross-defendant Leighton Hull and against Cross-claimant Equilon Enterprises LLC.

7. All other claims have been dismissed, with judgment entered on them accordingly.

8. Interest is not awarded.

9. Costs are awarded to Pacific Fuel Company, LLC in the amount of $66,223.77.

10. Attorney fees are awarded to Pacific Fuel Company, LLC in the amount of $1,737,146.83.

11. Costs are awarded to Leighton Hull in the amount of $1,927.50.

12. Attorney fees are awarded to Leighton Hull in the amount of $165,000.00.

IT IS SO ORDERED.

DATED: April 20, 2009

                                                Andrew J. Guilford
                                               United States District Judge